## 65656. ROBERSON v. THE STATE.

DEEN, Presiding Judge.

A Bulloch County jury found appellant guilty of burglary, and a fifteen-year sentence was imposed. Following denial of his motion for a new trial, appellant's appointed counsel filed a notice of appeal with this court on October 14, 1982.

The appellant, although ordered to do so, has failed to file an enumeration of errors and to present either a brief or oral argument in this court. We have nevertheless thoroughly examined the record and find that from the evidence presented at trial a rational trier of fact could have found appellant guilty beyond a reasonable doubt. *Jackson v. Virginia,* 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979); *Crawford v. State,* 245 Ga. 89 (263 SE2d 131) (1980).

*Judgment affirmed. Banke and Carley, JJ., concur.*

DECIDED MARCH 16, 1983.

*Robert S. Lanier, Jr.,* for appellant.
*J. Lane Johnston, District Attorney,* for appellee.